UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE CHAMBLISS | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2488 |
| ENTERGY CORPORATION | * | DIVISION 2 |

## ORDER AND REASONS

Defendant Entergy Operations, Inc.'s Motion to Compel Discovery Responses from Plaintiff (ECF No. 23) is pending before me in this matter. The motion was scheduled for submission on July 26, 2023. As of this date, Plaintiff has not filed an Opposition Memorandum, and the deadline for same expired on July 18, 2023. *See* E.D. La. L.R. 7.5. Having considered the record, the written submissions of counsel, the lack of an Opposition Memorandum, and the applicable law,

IT IS ORDERED that the Motion to Compel Discovery Responses (ECF No. 23) is GRANTED. This Order reserves to Defendant Entergy the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with Fed. R. Civ. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 14 days, Plaintiff provide full and complete responses to the Defendant's interrogatories and requests for production of documents.

New Orleans, this __26th__ day of July, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE