UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE CHAMBLISS | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2488 |
| ENTERGY CORPORATION | * | DIVISION 2 |

## ORDER AND REASONS

Pending before me is Defendant Entergy Operations, Inc.'s Motion to Seal Certain Exhibits (ECF No. 29) attached to its Motion for Summary Judgment (ECF No. 28). Defendant asserts that portions of Exhibits A, B, and G contain Plaintiff's protected medical information and confidential information subject to this Court's protective order. ECF No. 29 at 1. Defendant's motion fails to comply with Local Rule 5.6 and Fifth Circuit precedent regarding the sealing of documents filed in the public record. Considering the record, the submissions, and the applicable law, Entergy's Motion to Seal Certain Exhibits is DENIED WITHOUT PREJUDICE.

The standard for placing a document under seal is different from the standard governing whether unfiled discovery should be kept confidential.[1] Because the sealing of judicial records is the exception rather than the norm, court must be ungenerous with their discretion to seal judicial records.[2] A document may be sealed only after a line-by-line analysis and assessment of whether sealing the documents (or portions thereof) is appropriate.

Through its motion, Defendant seeks to seal entire documents. It has not articulated a legitimate basis for sealing entire documents or even specific portions of the exhibits. Entergy may re-file its Motion to Seal, providing both a redacted and an unredacted version of the exhibits at issue along with a Memorandum outlining the bases for redacting portions and/or sealing entire

---

[1] *Bin Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).
[2] *Id.* at 417-19 (citations omitted); *June Medical Services, L.L.C. v. Phillips*, 22 F.4th 512, 519-21 (5th Cir. 2022).

documents. At that point, the Court will be in a position to assess and determine whether the documents (or parts thereof) should be filed in under seal. Accordingly,

IT IS ORDERED that Defendant's Motion to Seal Certain Exhibits (ECF No. 29) is DENIED WITHOUT PREJUDICE to its right to re-file same in compliance with Local Rule 5.6 and Fifth Circuit precedent, as stated herein.

New Orleans, Louisiana, this __6th__ day of September, 2023.

> DONNA PHILLIPS CURRAULT
> UNITED STATES MAGISTRATE JUDGE